## MILLER *v.* MELLETTE.

[No. 7,765.   Filed December 20, 1912.]

From Boone Circuit Judge; *James V. Kent,* Special Judge.

Action by James T. Mellette against Matthew G. Miller.   From a judgment for plaintiff, the defendant appeals.   *Affirmed.*

*B. F. Ratcliff,* for appellant.
*Terhune & Adney,* for appellee.

ADAMS, J.—This appeal was, by agreement of the parties, submitted upon the record and briefs filed in *Farmers State Bank* v. *Miller* (1912), 52 Ind. App. 5, 100 N. E. 119.   Following that case, the judgment in the case at bar is affirmed.